IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., | Civil Action No. 1:11-cv-07850 |
| Plaintiff, | Honorable Edmond E. Chang |
| v. | Magistrate Judge Jeffrey Cole |
| ECLINICALWORKS, LLC, | JURY TRIAL DEMANDED |
| Defendant. | |

## PLAINTIFF BILLINGNETWORK PATENT, INC.'S NOTICE OF ACCEPTANCE OF DEFENDANT ECLINICALWORKS, LLC'S RULE 68 OFFER OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Billingnetwork Patent, Inc. hereby accepts Defendant eClinicalWorks, LLC's August 29, 2012 Offer of Judgment in the amount of ten thousand dollars ($10,000.00), which sum includes all costs, interest, attorney's fees, and all other disbursements, in full and complete satisfaction of each and every claim for relief asserted by Plaintiff Billingnetwork Patent, Inc. in the above-styled action. The August 29, 2012 Offer of Judgment is attached as Exhibit A.

Dated: September 10, 2012

Respectfully submitted,

/s/ *Joseph A. Culig*
Timothy J. Haller
Joseph A. Culig
Ashley E. LaValley
**NIRO, HALLER & NIRO, LTD.**
181 West Madison St., Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
haller@nshn.com
jculig@nshn.com
alavalley@nshn.com

Attorneys for Plaintiff Billingnetwork Patent, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2012 the foregoing

**PLAINTIFF BILLINGNETWORK PATENT, INC.'S NOTICE OF ACCEPTANCE OF DEFENDANT ECLINICALWORKS, LLC'S RULE 68 OFFER OF JUDGMENT**

was served on the following counsel of record via electronic mail transmission:

Andrew C. Warnecke
**BRYAN CAVE LLP**
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315
Phone: (312) 602-5066
Fax: (312) 602-5050
andrew.warnecke@bryancave.com

Ryan T. Pumpian
John C. Bush
**BRYAN CAVE LLP**
One Atlantic Center – 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Phone: (404) 572-6600
Fax: (404) 572-6999
ryan.pumpian@bryancave.com
john.bush@bryancave.com

Attorneys for Defendant eClinicalWorks, LLC


                                                        */s/ Joseph A. Culig*
                                                        Attorneys for Plaintiff Billingnetwork Patent, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2012 the foregoing **Plaintiff Billingnetwork Patent, Inc.'s Notice of Acceptance of Defendant eClinicalWorks, LLC's Rule 68 Offer of Judgment** was filed electronically with the Clerk of the Court for the Northern District of Illinois Eastern Division using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed:

Andrew C. Warnecke
**BRYAN CAVE LLP**
161 N. Clark Street, Suite 4300
Chicago, IL 60601-3315
Phone: (312) 602-5066
Fax: (312) 602-5050
andrew.warnecke@bryancave.com

Keith M. Aurzada
BRYAN CAVE LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, TX 75201
Phone: (214) 721-8000
Fax: (214) 721-8100
keith.aurzada@bryancave.com

Ryan T. Pumpian
John C. Bush
**BRYAN CAVE LLP**
One Atlantic Center – 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, GA 30309
Phone: (404) 572-6600
Fax: (404) 572-6999
ryan.pumpian@bryancave.com
john.bush@bryancave.com

Attorneys for Defendant eClinicalWorks, LLC

/s/Joseph A. Culig
Attorneys for Plaintiff Billingnetwork Patent, Inc.