# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECLINICALWORKS, LLC <br><br> Defendant. | Civil Action No. 1:11-cv-07850 |

### DEFENDANT ECLINICALWORKS, LLC'S OFFER OF JUDGMENT

Defendant eClinicalWorks, LLC ("eClinicalWorks"), pursuant to Federal Rule of Civil Procedure 68, hereby offers to allow judgment to be taken against it in this action in the total amount of ten thousand dollars ($10,000.00), which sum includes all costs, interest, attorney's fees, and all other disbursements, in full and complete satisfaction of each and every claim for relief asserted by Plaintiff Billingnetwork Patent, Inc. in the above-styled action.

This 29th day of August, 2012.

/s/ John C. Bush
Ryan T. Pumpian (admitted *pro hac vice*)
Georgia Bar No. 589822
ryan.pumpian@bryancave.com
John C. Bush (admitted *pro hac vice*)
Georgia Bar No. 413159
john.bush@bryancave.com
BRYAN CAVE LLP
One Atlantic Center – Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
(404) 572-6600 telephone
(404) 572-6999 facsimile

Andrew C. Warnecke

1

        Illinois Bar No. 6238321
        andrew.warnecke@bryancave.com
        BRYAN CAVE LLP
        161 North Clark Street, Suite 4300
        Chicago, Illinois 60601
        (312) 602-5000 telephone
        (312) 602-5050 facsimile

        *Of Counsel:*

        Keith M. Aurzada
        Texas Bar No. 24009880
        keith.aurzada@bryancave.com
        BRYAN CAVE LLP
        JP Morgan Chase Tower
        2200 Ross Avenue, Suite 3300
        Dallas, Texas 75201
        (214) 721-8000 telephone
        (214) 721-8100 facsimile

        Attorneys for Defendant eClinicalWorks, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served foregoing Defendant eClinicalWorks, LLC's Offer of Judgment upon the following counsel of record by electronic mail pursuant to agreement of the parties to accept service of documents in this action by electronic mail:

Timothy J. Haller
Joseph A. Culig
Ashley E. LaValley
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602 4515
Phone: 312-236-0733
Fax: 312-236-3137
haller@nshn.com
culig@nshn.com
alavalley@nshn.com

This 29th day of August, 2012.

/s/ John C. Bush
John C. Bush

#6223655